IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LaROYCE WALLACE and
husband, MARK WALLACE,

    Plaintiffs,

V.                                            Case No. 1:05-cv-01209-JDT-sta

MERCK & CO., INC.;
FAMILYMEDS, INC
LEIGH B. CUMMINGS, DPH;
ALISON B. WARREN, DPH;
SUSAN P. SHORT, DPH;
SHAY M. INGRAM;
VINAY KRISHAN SOOD;
MICHAEL RICHARDS;
PATRICIA BLASINGAME; and
SCOTT EVANS,

    Defendants.

## CONSENT ORDER ALLOWING DALE H. TUTTLE TO WITHDRAW AS COUNSEL FOR FAMILYMEDS, INC.

It appearing to the Court from statements of counsel and the upon the entire record in the cause that Dale H. Tuttle and the law firm of Glassman, Edwards, Wade & Wyatt, P.C. should be allowed to withdraw as attorney for Defendant Familymeds, Inc., and Mr. John R. Cannon, Jr. and the law firm of Shuttleworth Williams, PLLC, be substituted in place of Dale Tuttle and the law firm of Glassman, Edwards, Wade & Wyatt, P.C.

IT IS SO ORDERED, ADJUDGED AND DECREED this the 28th day of November, 2005.

                                                    JAMES D. TODD
                                                    United States District Court Chief Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/01/05


_____
DALE H. TUTTLE (BPR #6002)
Attorney for Familymeds, Inc.
26 N. Second Street
Memphis, TN 38103
(901) 527-4673


_T. Robert Hill by DT_
T. Robert Hill, Esq.
Hill Boren P.C.
P. O. Box 3639
Jackson, TN 38303-3539


_Charles Harrell by DT_
Charles C. Harrell, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119


_Joseph Alexander by DT_
Joseph R. Alexander, Jr., Esq.
Mithoff Law Firm
One Allen Center, Penthouse
500 Dallas
Houston, TX 77002


_Larry Wright by DT_
James L. "Larry" Wright, Esq.
Jacks Law Firm
111 Congress Avenue, Suite 1010
Austin, TX 78701

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CV-01209 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

John R. Cannon
SHUTTLEWORTH SMITH MCNABB & WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James L. &quot;Larry& Wright
JACKS LAW FIRM
111 Congress Ave.
Ste. 1010
Austin, TX 78701

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Honorable James Todd
US DISTRICT COURT